UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LARRY A. LEWIS (#416274)

VERSUS

N. BURL CAIN, ET AL.

CIVIL ACTION

NO. 13-190-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated October 15, 2014 (doc. no. 15). The plaintiff filed an objection which asserts the same arguments.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody filed by Larry A. Lewis is DENIED. Further, a certificate of appealability is DENIED for the reasons set forth in the report.

Baton Rouge, Louisiana, this 10th day of November, 2014.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA